UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Lee Young

    v.

Case No. 19-cv-527-SM

FCI Berlin, Warden

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 21, 2019, for the reasons set forth therein. Respondent's Motion to Dismiss is granted. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                          Steven J. McAuliffe
                                          United States District Judge

Date: November 14, 2019

cc:  Lee Young, pro se
     Seth R. Aframe, AUSA